UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:15-cv-24038-MGC/TORRES

ADANA INVESTING, INC.,
a British Virgin Islands company,

    Plaintiff,

v.

FORREST CAPITAL PARTNERS, INC.,
a Florida corporation,
FORREST CAPITAL AND CO LLC,
a Florida limited liability company,
WEATHERVANE PRODUCTIONS, INC.,
a Nevada corporation, WVP HOLDING, LLC,
an Oklahoma limited liability company,
BENJAMIN MCCONLEY, an individual, and
JASON VAN EMAN, an individual,

    Defendants.
_____/

## CORPORATE DISCLOSURE STATEMENT OF
## PLAINTIFF ADANA INVESTING, INC.

Plaintiff Adana Investing, Inc., by and through its undersigned counsel, and pursuant to Federal Rule of Civil procedure 7.1, states that Adana Investing, Inc. does not have a parent corporation nor does any publicly held corporation own 10% or more of its stock.

1

Dated:  October 28, 2015

Respectfully submitted,

**KOBRE & KIM LLP**

/s/ Stephanie Hauser
John D. Couriel
Fla. Bar No. 831271
Stephanie L. Hauser
Fla. Bar No. 92765
2 South Biscayne Boulevard
Miami, FL 33131
Tel: +1 305 967 6100
Fax: +1 305 967 6120
john.couriel@kobrekim.com
stephanie.hauser@kobrekim.com

*Attorneys for Plaintiff Adana Investing, Inc.*