UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 15-24038-CIV-COOKE/TORRES

ADANA INVESTING, INC.,

    Plaintiff,

vs.

FORREST CAPITAL PARTNERS, INC.,
a Florida Corporation, FORREST CAPITAL
AND CO, LLC, a Florida limited liability
company, WEATHERVANE PRODUCTIONS,
LLC, a Nevada corporation, WVP HOLDING,
LLC, an Oklahoma limited liability company,
BENJAMIN MCCONLEY, an individual,
and JASON VAN EMAN, an individual,

    Defendants.
_____/

## DEFENDANT'S RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL NON-PARTY WELLS FARGO BANK, N.A.'S COMPLIANCE WITH SUBPOENA DUCES TECUM

Comes Now the Defendants and respectfully requests this Court deny Plaintiff's Motion to Compel Non-Party Wells Fargo Bank N.A.'s Compliance with the subpoena duces tecum as grounds would state:

1. On October 29, 2015, the Court entered an Order granting the Plaintiff's Ex Parte Emergency Motion for Seizure and Expedited Discovery. (DE 11). Said Order effectively seized and froze "Any assets or funds in account number 1644585075 at Wells Fargo Bank, N.A., account number 614905335 at Wells Fargo Bank N.A., account number 1553153574 at Wells Fargo Bank, N.A., an account number ends in xxxxxx4620

at Wells Fargo Bank, N.A., and account number 31608772 at Arvest Bank." Id. at p. 6. In addition, the Court required the Defendants to provide, in expedited fashion, records from the respective financial institutions of all funds deposited into and withdrawn from the said accounts.

2. Since the Court issued its Order, Plaintiff has enforced the Court's Order by letter dated October 30, 2015, to Wells Fargo Bank N.A. instructing it to seize the Defendants' accounts including accounts that were not specified in the Courts Order. In addition, the Plaintiffs served subpoena duces tecum instructing Wells Fargo and Arvest to produce records in accordance with the Court's order of October 29, 2015.

3. On November 11, 2015, the Defendants filed their response in the form of an Emergency Motion to Dissolve Temporary Restraining Order, Suspend Discovery, and Compel Arbitration. (DE 25).  In their motion the Defendants argued first, that the TRO was improperly granted and must be dissolved based on the arbitration clause and waiver of injunctive relief provision in force between the parties; second, that notwithstanding any contractual issues, the Court's grant of injunctive relief in this case exceeds the Court's jurisdiction and runs afoul of Supreme Court precedent; and third, that proceedings before this Court must be stayed, discovery suspended, and Arbitration compelled pursuant to the parties binding Funding Agreement.

4. On November 12, 2015, the Court entered its Docket Order requiring that the "Plaintiff Adana Investing Inc., is ordered to file its Response to Defendant Forrest Capital Partners, Inc.'s Motion [25] by Wednesday, November 25, 2015…" In addition, the Court ordered that the "Plaintiff's response should include full and complete copies of

any and all relevant agreements."

5. On November 18, 2015, Plaintiff's filed their Motion to Compel Wells Fargo, N.A.'s compliance with the aforementioned subpoenas duces tecum.

6. This court should deny Plaintiff's motion given that the court's jurisdiction to order discovery in this case is still in question. As noted the Defendants have filed an emergency motion on jurisdictional grounds that seeks to dissolve the Court's Order seizing and freezing all of the Defendants accounts at the Wells Fargo and Arvest banks, including accounts that were not specified in the Court's order, and further requests that the Court suspend discovery and compel arbitration. Pending determination on the proper forum to resolve this dispute, any discovery is premature and could lead to duplicative and unnecessary obligations on non-parties. Additionally, JAMS arbitration rules provide its own discovery requirements and procedures that may be prejudiced by discovery ordered by this Court.

WHEREFORE, the Defendants respectfully request that this Court deny Plaintiff's Motion to Compel Non-Party Wells Fargo Bank N.A.'s Compliance with the subpoena duces tecum.

Undersigned counsel pursuant to the Local Rules contacted opposing counsel who objects to the relief sought herein.

Respectfully submitted,

By: /s/ Arturo V. Hernandez, Esq

ARTURO V. HERNÁNDEZ, P.A.
Courthouse Center
40 NW 3 Street, Suite 200
Miami, Florida 33128
Tel: 305 579 4850
Fax: 305-381-6869
E-mail: avhlaw@bellsouth.net
FL Bar No.: 0324078


By: */s/ Ramon A. Hernandez, Esq*

ARTURO V. HERNÁNDEZ, P.A.
Courthouse Center
40 NW 3 Street, Suite 200
Miami, Florida 33128
Tel: 305 579 4850
Fax: 305-381-6869
E-mail: rayhernandezesq@gmail.com
FL Bar No.: 0101515


**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 20, 2015, a copy of the foregoing document was filed pursuant to the Court's electronic filing system which will provide notice of this pleading to all interested parties.


Respectfully submitted,

By: */s/ Arturo V. Hernandez, Esq*